UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Neung Ki Lee,

                Plaintiff,                 **ORDER**

     -against-                       20 Civ. 10787 (JCM)

Mani & Pedi Inc. and Kumwoo Park,

                Defendants.
------------------------------------------------------x

      On December 7, 2021, the undersigned issued an Order extending Plaintiff's deadline to file her proposed *voir dire* and jury instructions to December 22, 2021, and further directing the parties to file their joint pre-trial order by January 3, 2022. (Docket No. 31). To date, none of these documents have been filed.

      The parties are directed to submit these documents by January 19, 2022.

Dated:  January 14, 2022
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge