UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEUNG KI LEE,

        Plaintiff,

   -against-                              20 Civ. 10787 (JCM)

MANI & PEDI INC. and KUMWOO PARK,

        Defendants.

## **VERDICT FORM**

**QUESTION 1:**

Has Plaintiff shown that Defendants failed to pay her the required overtime pay during any work week?

    [ X ]    YES        [   ]    NO

*If you answered "NO" to Question 1, your deliberations are finished. The foreperson should sign and date the form on the last page and tell the Courtroom Deputy that the jury has reached a verdict.*

*If you answered "YES" to Question 1, please proceed to Question 2.*

**QUESTION 2:**

How many weeks did Plaintiff work overtime BEFORE she received her first pay raise?

           16

*Please proceed to Question 3.*

**QUESTION 3:**

How many hours of overtime did Plaintiff work on average per week BEFORE she received her first pay raise?

_____9_____

*Please proceed to Question 4.*


**QUESTION 4:**

How many weeks did Plaintiff work overtime AFTER she received her first pay raise and BEFORE she received her second pay raise?

_____41_____

*Please proceed to Question 5.*


**QUESTION 5:**

How many hours of overtime did Plaintiff work on average per week AFTER she received her first pay raise and BEFORE she received her second pay raise?

_____9_____

*Please proceed to Question 6.*


**QUESTION 6:**

How many weeks did Plaintiff work overtime AFTER she received her second pay raise?

_____55_____

*Please proceed to Question 7.*


**QUESTION 7:**

How many hours of overtime did Plaintiff work on average per week AFTER she received her second pay raise?

_____9_____

*Please proceed to Question 8.*

**QUESTION 8:**

Did Defendants pay Plaintiff an hourly rate or a day rate?

[   ]     HOURLY RATE        [ X ]     DAY RATE

*Please proceed to Question 9.*

**QUESTION 9:**

What was Plaintiff's regular rate of pay when she started working?

$130/day

*Please proceed to Question 10.*

**QUESTION 10:**

What was Plaintiff's regular rate of pay after her first pay raise?

$140/day

*Please proceed to Question 11.*

**QUESTION 11:**

What was Plaintiff's regular rate of pay after her second raise?

$150/day

*You have completed your jury deliberations. The foreperson should sign and date the verdict form and return it to the Courtroom Deputy.*

Signature of Foreperson: _[signature]_     Date: 2/15/2022